IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TITAN MARINE FUEL, LLC, § | | |
|    *Plaintiff*, § | | |
| § | | |
| v. § | Civil Action No. _____ | |
| § | | |
| ALMACENAMIENTO Y CONTROL § | | |
| HIDROCARBUROS DE RL DE CV, § | | |
|    *Defendant*. § | | |

**PLAINTIFF, TITAN MARINE, LLC'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, plaintiff, TITAN MARINE FUEL, LLC (hereafter "Titan Marine"), in the above styled and numbered cause, bringing claims of breach of contract and suit on sworn account, against defendant, ALMACENAMIENTO Y CONTROL HIDROCARBUROS DE RL DE CV, and would respectfully show the Court as follows:

## INTRODUCTION

1. From the Port of Harlingen, Plaintiff sells and delivers fuel to customers from the Republic of Mexico. Plaintiff's customers send tanker trucks to the Port of Harlingen where they are loaded with fuel and then return to the Republic of Mexico. From January 2, 2019 to March 26, 2019, Plaintiff loaded fuel onto Defendant's trucks. After all credits and offsets, Defendant has failed to pay for $155,620.36 worth of fuel. Therefore, Plaintiff brings claims of breach of contract and suit on sworn account against Defendant.

PARTIES

2. Plaintiff, TITAN MARINE FUEL, LLC, (hereafter "Titan Marine") is a limited liability company duly organized and existing under the Laws of the State of Texas, with its principal place of business at 5858 S. Padre Island Dr., Suite 109, Corpus Christi, TX 78412.

3. Defendant, ALMACENAMIENTO Y CONTROL HIDROCARBUROS DE RL DE CV, (hereafter "ACH"), is a foreign corporation organized under the laws of the Republic of Mexico and has its principal office at Cerro de la Titras 2407, Col. Obispado 64060, Monterrey, Nuevo Leon, Mexico.

JURISDICTION AND VENUE

4. Subject matter jurisdiction exists by virtue of 28 U.S.C. § 1332(a)(2), in that the amount in controversy exceeds $75,000, exclusive of interest and costs, and diversity exists between Titan Marine and ACH.

STATEMENT OF FACTS

5. From the Port of Harlingen, Titan Marine sold fuel to ACH, from January 2, 2019 to March 26, 2019, in forty-five (45) separate transactions.

6. Prior to each transaction, the parties agreed on the price and quantity of fuel being sold/purchased.

7. After agreeing on the price and quantity, from January 2, 2019 to March 26, 2019, ACH sent its tanker trucks to Titan Marine's facility where 1,511,266 gallons of fuel were delivered and loaded thereon by Titan Marine.

8. From January 2, 2019 to March 26, 2019 ACH paid for most of the fuel but, after all credits and offsets, ACH has a remaining balance owed to Titan Marine in the amount of $155,620.36.

## CAUSES OF ACTION

COUNT 1:    SUIT ON SWORN ACCOUNT

9.    Titan Marine hereby incorporates the factual allegations contained in the section titled "Statement of Facts," above, as if fully set out herein.

10.    Titan Marine sold fuel to ACH.

11.    The prices charged were just and true because they were:

   a. According to the terms of the contracts between Titan Marine and ACH; or

   b. The usual, customary, and reasonable prices, if there was no contract.

*See* AFFIDAVIT OF STEVEN PUTEGNAT (attached hereto as **Exhibit "1"**).

12.    Titan Marine kept a systematic record of the transactions.

*See* ACH RELACION 2019 (attached hereto as **Exhibit "2"**).

13.    All lawful offsets, payments and credits have been applied to the account. The account remains unpaid.

14.    The damages are liquidated.

15.    Titan Marine filed this complaint under oath.

16.    Therefore, ACH is liable to Titan Marine based on a suit of sworn account.

COUNT 2:    BREACH OF CONTRACT

17.    Titan Marine hereby incorporates the factual allegations contained in the section titled "Statement of Facts," above, as if fully set out herein.

18.    There are a series of valid, enforceable contracts.

19.    Titan Marine is a proper party to sue for breach of the contracts.

20.    Titan Marine performed its contractual obligations.

21.    ACH breached the contracts.

22.    ACH's breaches caused the Titan Marine injury.

23. Therefore, ACH is liable to Titan Marine for breach of contract.

COUNT 3:   QUANTUM MERUIT

24. Titan Marine hereby incorporates the factual allegations contained in the section titled "Statement of Facts," above, as if fully set out herein.

25. Titan Marine provided fuel to ACH.

26. ACH accepted the fuel.

27. ACH had reasonable notice that Titan Marine expected compensation for the fuel delivered.

28. Therefore, ACH is liable to Titan Marine based on a claim of *quantum meruit*.

DAMAGES

29. As a direct and proximate result of ACH's conduct, Titan Marine suffered the following actual damages in the amount of $155,620.36.

CONDITIONS PRECEDENT

30. All conditions precedent have been performed or have occurred.

ATTORNEY FEES

31. Written demand was made prior to the filing of this lawsuit pursuant to Texas Civil Practices & Remedies Code § 38.002. Consequently, ACH is liable to Titan Marine for its injuries and damages including Titan Marine's reasonable and necessary attorney's fees. Pursuant to Section 38.002 of the Texas Civil Practice and Remedies Code, Titan Marine has been forced to retain the services of the undersigned attorneys to prosecute this action and, therefore, requests that it recover all reasonable attorney fees for services rendered and court costs incurred in the prosecution of this suit.

PRAYER

WHEREFORE, PREMISES CONSIDERED, plaintiff, TITAN MARINE FUEL, LLC, asks judgment against defendant, ALMACENAMIENTO Y CONTROL HIDROCARBUROS DE RL DE CV, for:

a. Actual damages in the amount of $155,620.36;

b. Prejudgment and postjudgment interest;

c. Reasonable and necessary attorney fees;

d. Costs of suit; and

e. All other relief the Court deems appropriate.

Respectfully submitted,

DAVID WILLIS, P.C.

/s/ David Willis
David Willis
State Bar No. 24039455
Federal ID. 36365
Email: dwillis@davidwillispc.com
1534 E. 6th Street, Suite 201
Brownsville, Texas 78520
Ph:    956-986-2525
Fax:   956-986-2528
Attorney for plaintiff,
TITAN MARINE FUEL, LLC.