United States District Court
Southern District of Texas
**ENTERED**
November 10, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TITAN MARINE FUEL, LLC, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § § | CIVIL ACTION NO. 1:19-CV-00225 |
| ALMACENAMIENTO Y CONTROL HIDROCARBUROS DE RL DE CV, | | |
| Defendant. | | |

## ORDER GRANTING VOLUNTARY DISMISSAL

Before the Court is the Plaintiff's "Plaintiff, Titan Marine, LLC's Notice of Dismissal" ("Notice") (Docket No. 28). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is **ORDERED** to close this case.

Signed on November 10, 2022.

_____
Rolando Olvera
United States District Judge